**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IKROM ZIY ADULLAEVICH )
HASANOV, )
 )
     Petitioner, )
 )
vs. )     **Case No. CIV-26-82-R**
 )
MARK SIEGEL, et al., )
 )
     Respondents. )

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas

petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing

under 8 U.S.C. § 1226(a).

ENTERED this 26th day of February, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE